PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Jun 01, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>v.<br><br>FERNANDO ALDAMA TINOCO,<br><br>  Defendant. | CASE NO. 2:22-mj-0090 JDP<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: June 1, 2022

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE

SEALING ORDER